JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:12-cv-01722-PA-MLG |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| RITE AID CORP. dba RITE AID #05732; BREA GATEWAY CENTER LP, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, Edwin Figueroa, and defendants, Rite Aid Corporation and Brea Gateway Center LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

Dated: June 15, 2012

_____
United States District Judge