JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWIN FIGUEROA,

Plaintiff,

v.

RITE AID CORP. dba RITE AID #05732; BREA GATEWAY CENTER LP,

Defendants.

________________________________/

Case No. 2:12-cv-01722-PA-MLG

ORDER RE: JOINT STIPULATION FOR DISMISSAL

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, Edwin Figueroa, and defendants, Rite Aid Corporation and Brea Gateway Center LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

Dated: June 15, 2012

________________________________
United States District Judge